IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-311-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COLE ANTHONY PARKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Exhibit To Sentencing Memorandum" (Document No. 213) filed August 18, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Exhibit 14 to Sentencing Memorandum contain sensitive and private information that is inappropriate for public access, namely medical information. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Exhibit To Sentencing Memorandum" (Document No. 213) is **GRANTED**, and Exhibit 14 to Sentencing Memorandum (Document No. 212) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: August 19, 2020

David C. Keesler
United States Magistrate Judge