UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00311-MOC-DCK-6

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| vs. | ) |
| | ) ORDER |
| COLE PARKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for BOP Recommendation. (Doc. No. 318). As an initial matter, the Court notes that it does not have jurisdiction to order the BOP to transfer Defendant to a new facility. However, the Court has recommended that Parks be placed in a facility that has an RDAP program and is close to his home and family in the Pacific Northwest. The Court re-iterates that recommendation.

### ORDER

**IT IS, THEREFORE, RECOMENDED** that Defendant should be placed in a BOP facility offering RDAP programs and one that is close to his home and family.

Signed: September 16, 2021

Max O. Cogburn Jr
United States District Judge